UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, *ex rel.*, <br> THOMAS O'NEILL MORGAN, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> SCIENCE APPLICATIONS INTERNATIONAL COMPANY, *et. al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05 -CV-01757(RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**UNOPPOSED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to LCvR 83.6(c), Stephen M. Kohn and Anthony C. Munter with the law firm of Kohn, Kohn & Colapinto, LLP, hereby move this honorable Court to grant their unopposed motion to withdraw as counsel to Plaintiff-Relator Thomas O'Neill Morgan, in the above captioned proceeding. In support of this motion, this Court is referred to the memorandum of points and authorities included herein. A proposed order is also submitted herewith.

As stated in the memorandum of points and authorities herein, Plaintiff-Relator Thomas O'Neill Morgan consents to the granting of this motion. Plaintiff-Relator's counsel also contacted Government's counsel to ascertain their position on this motion. Government counsel has not taken a position at this time on this motion. Plaintiff-Relator's counsel has contacted Defendant SPARTA's Counsel who has chosen to take no position on this Motion. Plaintiff-Relator's Counsel is not aware who Defendant SAIC's Counsel is because the seal in this matter has only recently been lifted and the Complaint and Summonses have yet to be served on Defendants and none of the Defendants have yet appeared in this action.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

In support of this motion, Plaintiff-Relator's counsel relies on Local Civil Rule 83.6. Plaintiff-Relator, Thomas O'Neill Morgan is currently represented in this matter by Stephen M. Kohn and Anthony C. Munter, both with the law firm of Kohn, Kohn & Colapinto, LLP. Mr. Morgan consents to this motion to withdraw. This Memorandum of Points and Authorities is filed in support of Plaintiff counsels' motion to withdraw representation pursuant to LCvR 83.6(c).

This case was filed under seal pursuant to the False Claims Act 31 U.S.C. § 3729, *et seq.*, on September 2, 2005. Since that time the Government has filed six motions to extend the seal with the court to keep the case under seal and investigate claims made by the Plaintiff/Relator Thomas O'Neil Morgan. Recently, the Government filed a motion to decline intervention.

On June 5, 2008, this Court signed an order to unseal the case pursuant to the Government's motion to decline intervention and unseal the case. The Complaint has not yet been served on the Defendants.

Motions to withdraw as counsel are governed by LCvR 83.6 (c) and (d) which require the plaintiff to be served with this motion and informed that he must notify the court of his intention to act *pro se* within five days. By agreement, Plaintiff-Relator and the firm of Kohn, Kohn, & Colapinto desire to end the firm's representation. Plaintiff-Relator has indicated to counsel in writing that he wishes to continue to pursue the case *pro se* at the present time.

Granting this unopposed motion to withdraw as Plaintiff-Relator's counsel will not result in prejudice against any party as the Complaint has not yet been served on the defendants.

Pursuant to LCvR 83.6(c), Plaintiff's written notification to the Clerk that he intends to pursue the case *pro se* is attached hereto as Exhibit 1.

**Conclusion**

For the reasons set forth herein, below-signed counsels' unopposed motion to withdraw representation of Thomas O' Neill Morgan, should be granted.

> Respectfully Submitted,
>
> /s/ Stephen M. Kohn
> Stephen M. Kohn, #411513
>
> /s/ Anthony C. Munter
> Anthony C. Munter, #483823
> KOHN, KOHN, COLAPINTO, LLP
> 3233 P Street, NW
> Washington, DC 20007
> Phone: 202-342-6980
> Fax: 202-342-6984
> Attorneys for Plaintiff-Relator
> Thomas O'Neill Morgan

August 27, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion, memorandum of points and authorities, proposed amended complaint, and proposed order were served on this 27th day of August, 2008, by first class mail, postage prepaid, upon:

Thomas O'Neill Morgan
13568 Melville Lane
Chantilly, VA 20151-2492
Phone: (703) 817-0635
Morganto@aol.com

Paul A. Mussenden
Assistant U.S. Attorney
555 Fourth Street NW
Room E 4820
Washington, DC 20530

John A Kolar
Attorney Civil Division
US Department of Justice
601 D. Street
Washington, DC 20004

Brian J. Donavan
Jones & Donovan
3636 Birch Street, Suite 210
Newport Beach, California 92660
Attorneys for SPARTA

SCIENCE APPLICATIONS INTERNATIONAL
COMPANY
1120 Vermont Avenue, NW
Suite 300
Washington, DC 20005


By:   /s/ Anthony C. Munter
        Anthony C. Munter