UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, *ex rel.,* <br> THOMAS O'NEILL MORGAN, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> SCIENCE APPLICATIONS INTERNATIONAL COMPANY, *et. al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05 -CV-01757(RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

UPON CONSIDERATION of the unopposed Motion to Withdraw as Plaintiff's counsel, the Memorandum in Support thereof, the letter signed by Plaintiff consenting to the withdrawal of Plaintiff's counsel, and the entire record in this case, it be and hereby is

**ORDERED** that the motion of Stephen M. Kohn and Anthony C. Munter with the law firm of Kohn, Kohn & Colapinto, LLP, to withdraw as counsel to Plaintiff-Relator Thomas O'Neill Morgan is GRANTED.

IT IS SO ORDERED.

_____     _____
DATE                    UNITED STATES DISTRICT JUDGE