**EXHIBIT 1**

July 28, 2008

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 2000

      Re:   *United States, ex. rel, Thomas O'Neill Morgan v. SAIC, et al.,*
              **Case No. 1:05 -CV-01757 (RMC)**

Dear Sir or Madam:

      Please be advised that I have consented to my attorney's withdrawal of representation in and I will now be representing myself in the above captioned matter.

                                        Respectfully submitted,

                                        Thomas O'Neill Morgan
                                        13568 Melville Lane
                                        Chantilly, VA 20151-2492
                                        Phone: (703) 817-0635