UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, *ex rel.*, ) <br> THOMAS O'NEILL MORGAN, ) <br> ) <br> Plaintiff-Relator, ) <br> ) <br> v. ) <br> ) <br> SCIENCE APPLICATIONS ) <br> INTERNATIONAL COMPANY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-1757 (RMC) |

## ORDER

This matter comes before the Court on motion of counsel for Plaintiff-Relator, Thomas O'Neill Morgan. Counsel move this Court to allow them to withdraw their appearances on behalf of Thomas O'Neill Morgan in his False Claims Act action against Defendants Science Applications International Company and SPARTA, Inc. Defendants have not yet been served in this action, in which the United States has indicated it has no intention to intervene. Counsel for Plaintiff-Relator are in compliance with the requirements of Local Civil Rule 83.6(c).

Plaintiff-Relator has consented to counsels' withdrawal, and has indicated that he wishes to pursue the case *pro se*. Plaintiff is advised that he may not proceed with this case *pro se*; if he wishes to pursue this case, he must be represented by counsel. Accordingly, it is hereby

**ORDERED** that Plaintiff-Relator's counsels' Motion to Withdraw as Plaintiff's Counsel [Dkt. # 9] is **GRANTED**, and attorneys Stephen M. Kohn and Anthony C. Munter are terminated from this case; and it is

**FURTHER ORDERED** that Plaintiff-Relator shall obtain new counsel in this matter

no later November 3, 2008; and it is

**FURTHER ORDERED** that the Deputy Clerk of the Court shall schedule a status conference for a date after November 3, 2008 to ascertain whether Plaintiff-Relator has obtained new counsel. If Plaintiff-Relator has failed to obtain new counsel by November 3, 2008, the case may be dismissed without prejudice to Plaintiff-Relator and the United States.

**SO ORDERED.**


Date: September 5, 2008                              /s/
                                                                ROSEMARY M. COLLYER
                                                                United States District Judge